IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00023-REB-1
(Civil Action No. 11-cv-00852-REB)

UNITED STATES OF AMERICA,

 Plaintiff-Respondent,

v.

1. WAYNE COOK,

 Defendant-Movant.

---

**JUDGMENT**

---

 Pursuant to and in accordance with the Order entered by the Honorable Robert E. Blackburn filed October 27, 2011, the following Judgment is hereby entered:

 1. That the "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" filed April 1, 2011 by the defendant-movant is denied.

 2. That the civil action is dismissed with prejudice.

 3. That the parties shall bear their own costs and attorney fees.

 Dated at Denver, Colorado this  28th  day of October, 2011.

        FOR THE COURT:

        GREGORY C. LANGHAM, CLERK

        By:  s/ Edward P. Butler
          Edward P. Butler, Deputy Clerk